UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA GAXIOLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYSCO CORPORATION and SYSCO RESOURCE SERVICES, LLC<br><br>　　　　　Defendants. | Case No.:　　5:18-cv-01660-BLF<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Based upon Plaintiff's and Defendants' Joint Motion for Dismissal with Prejudice, and good cause appearing, the Court hereby ORDERS that this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:	September 47, 2018

By: _____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE